F I L E D
LAL
OCT 1 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| OSCAR TREJO, ) | |
| ) | TRIAL BY JURY DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | 05C 5925 |
| ) | |
| AMERICAN NATIONAL ) | |
| SERVICES CORPORATION ) | |
| D/B/A ) | |
| AMERICAN NATIONAL ) | JUDGE NORGLE |
| INSULATION, ) | |
| ) | MAGISTRATE JUDGE DENLOW |
| Defendants. ) | |

## COMPLAINT

### JURISDICTION AND VENUE

1. This is a suit to recover back wages and liquidated damages. Federal question jurisdiction is posited upon Title 28 U.S.C. 1331 and Title 29 U.S.C. 216(b), commonly known as the "Fair Labor Standards Act" (hereinafter "FLSA"), as amended, and acts prohibited thereunder. To plaintiff's knowledge, other employees are aggrieved by the unlawful conduct alleged.

2. Defendant is an enterprise engaged in interstate commerce grossing receipts of more than $500,000.00 per year; and, is doing business within this judicial district, in Oak Lawn, Illinois. The defendants are an "employer" of the plaintiff within the meaning of 29 U.S.C. 203(a) and (d). The court has supplemental jurisdiction over the claims under the Illinois Wage Payment and Collection Act claim, 820 ILCS 115/11(-c) and the Illinois Minimum Wage Law, 820 ILCS 105/1-15 (ILMWL), pursuant to the Judicial Improvements Act, 28 U.S.C. 1367(a)(1).

## STATEMENT OF CLAIM

3. Plaintiff, OSCAR TREJO, was employed by defendants as a laborer between approximately August 15, 2001 and approximately July 1, 2004, most recently at the rate of $32.00 per hour. During the time employed, he worked more than 40 hours in his work weeks for which he was willfully not compensated wages at the rate of one and one-half times his regular rate of pay, in violation of 29 U.S.C. 207(a) and the ILMWL, 820 ILCS 105/4a.

4. As a result thereof, there is a now due approximately 480 hours of back overtime wages at an average overtime rate of $13.94 amounting to $6,691.20 of wages due under the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

## PRAYER FOR RELIEF

5. WHEREFORE plaintiff, OSCAR TREJO, ask the court to enter judgment in his favor, and against the defendant, AMERICAN NATIONAL SERVICES CORPORATION D/B/A AMERICAN NATIONAL INSULATION, for all back wages due in the amount of $6,691.20, liquidated damages, attorney's fees and costs of the action due, all relief as provide by 29 U.S.C. 216(b); 820 ILCS 105/12; and the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

ERNEST T. ROSSIELLO

Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street, Suite 2008
Chicago, Illinois 60602-1137
ETRLaw@aol.com
(312) 346-8920

Attorney for Plaintiff

Dated: October 12, 2005
Chicago, Illinois